# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

Transgender Person:
Mrs. EyeKayla my'Twan Carruthers Washington
(AKA) Artwan M. Carruthers Washington DOC# 968151

[You are the PLAINTIFF, print your full name on this line.]

v.

WCC-1/"WCF"- Westville Correctional Facility Administration

Deputy Warden — K. Watts

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-462

[For a new case in this court, leave blank. The court will assign a case number.]

**-FILED-**
MAY 22 2023
At
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] WCC-1/WCF - Westville Correctional Facility Administrator | 5501 South 1100 West Westville Ind. 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Deputy - K. Watts "Re-Entry" | 5501 S. 1100 W. Westville Ind. 46391 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant **in a separate box** as shown here.]

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? WCF - Westville Correctional Facility Admin. - 5501 S.1100 W. Westville Ind. 46391

3. Did the event you are suing about happen there? ☑ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? April 22, 2023

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Neglect of offender; Discrimination; Altered Sanction Detail; Untimely Change of Sanction Detail, Wrongful conduct ticket #WCC-23-03-0137; Misconduct by Deputy Warden K. Watts - 1st, 4th, 5th, 8th, 14th Amendment violation

2. My Rights have been affected. I am a proud L.G.B.T.Q.+ member who is experiencing all violations of policy's. I fear for my life, safety, public health, mental health, and welfare, as low security of protection becomes the obvious inside "WCF." Deputy Warden K. Watts is responsible for approving my sanction detail on March 20, 2023 which the detail was appropriately approved and proof of documentations shows on March 20, 2023 sanction detail was imposed. On April 12, 2023 another sanction detail was imposed with no hearing or no acknowledgement of a change. Due to me being Transgender person, Mr. K. Watts a professional official has allowed his self to be on a personal level and show the obvious discrimination actions. Sanction detail was approved on 3/20/23 of 60 day segregation imposed, 90 suspended earn credit imposed, and 15 days phone restriction, after a request to him with Transgender Person greeting the overhead of the letter changed a sanction detail leaving affected rights to a proper venue for a merit and leaving experience of a unsafe environment for me as Transgender Person for suffering a demand of 2.5 million United States of American currency shall be imposed for all violations mentioned above. Under penalties for perjury all representation are true & correct

Sincerely This Writer

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ⊗ While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⊗ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _Denied by grievance Specialist - Shannon Smith_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   _3.0 million United States of American Currency; Deputy K. Watts to stop discriminated against offenders_

[Initial Each Statement]

_EmCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EmCW_ I will keep a copy of this complaint for my records.
_EmCW_ I will promptly notify the court of any change of address.
_EmCW_ I WILL NOT send more than one copy of any filing to the court.
_EmCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EmCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _4_/_22_/20_23_ at _8_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Washington_                                         DOC#968154
**Signature**                                             **Prisoner Number**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]