AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Transgender Person: Mrs. Eye Keyla My'Twan Carruthers Washington*
*also known as* Eye Keyla M Carruthers Washington
*also known as* Antwan M Carruthers Washington
　　　Plaintiff

v.   Civil Action No. 3:23-cv-462

WESTVILLE CORRECTIONAL FACILITY, *WCC-1/WCF, Administration*
K WATTS, *Deputy, "Re-entry"*
　　　Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other: ____ This case is DISMISSED WITHOUT PREJUDICE. ____

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Robert L. Miller, Jr.

DATE:  6/16/2023　　　　　　　　　　　CHANDA J. BERTA, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　by____/s/ S. Kowalsky____
　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*