AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Transgender Person: Mrs. Eye Keyla My'Twan Carruthers Washington*
*also known as* Eye Keyla M Carruthers Washington
*also known as* Antwan M Carruthers Washington
    Plaintiff

v.   Civil Action No. 3:23-cv-462

WESTVILLE CORRECTIONAL FACILITY, *WCC-1/WCF, Administration*
K WATTS, *Deputy, "Re-entry"*
    Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Robert L. Miller, Jr.

DATE:  6/20/2023

CHANDA J. BERTA, CLERK OF COURT

by   s/ N.Eddy

*Signature of Clerk or Deputy Clerk*